NO. 07-11-0024-CV
 
 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL B

 FEBRUARY 16, 2011
 ______________________________

 CRAIG E. MENDENHALL,
 Appellant
 V.
 
 DR. DHIRAJAL PATEL, DR. BENJAMIN LEEAH, 
 JOHN H. ADAMS, TOSHA JAMES,
 
 Appellee
 _________________________________

 FROM THE 251st DISTRICT COURT OF POTTER COUNTY;

 NO. 98,7721-00-C; HONORABLE ANA ESTEVEZ, PRESIDING
 _______________________________

 ORDER DISMISSING APPEAL
 _______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.
Appellant has filed a motion to dismiss. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) and dismiss the appeal. Having dismissed the appeal at appellants request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
 Chief Justice